IN THE
                  UNITED STATES DISTRICT COURT
                            FOR THE
                  WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| v. | ) | |
| | ) | |
| ROBERT LOUIS GRAY OSBORNE | ) | Case No: 1:19CR00047 |
| DOB: xx-xx-1971 | ) | |
| SSN: xxx-xx-8666 | ) | |

    Your petitioner, United States of America, by Suzanne Kerney-Quillen, Special Assistant United States Attorney for the Western District of Virginia, respectfully shows:

    1. That the case is a prosecution upon an Indictment against the defendant for violation of Title 21, United States Code, Section 846.

    2. That the presence of the defendant before the United States District Court for the Western District of Virginia at Abingdon, Virginia, scheduled for an Initial Appearance and/ or Arraignment at 10:00 a.m., on November 14, 2019, is necessary and he is now in the custody of the Southwest Virginia Regional Jail.

    WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated: 10/30/19                                                 /s/ Suzanne Kerney-Quillen
                                                                        Special Assistant United States Attorney

*************************************************************************

TO:     Southwest Virginia Regional Jail- Abingdon
          15205 Joe Derting Drive
          Abingdon, VA 24210
          Phone: (276) 739-3520

**IN THE EVENT THE INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (276) 628-4161.**
GREETINGS:

    WE COMMAND YOU that you surrender the body of ROBERT LOUIS GRAY OSBORNE, detained in the Southwest Virginia Regional Jail- Abingdon, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, to the end that his body will be before the United States District Court for the Western District of Virginia, at Abingdon, Virginia, on the 14th day of November 2019, at 10:00 a.m., or at such other time or times as the District Court may direct.

ENTER:   The _____ day of October 2019.             _____
                                                                                             United States Magistrate Judge

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT
OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the Southwest Virginia Regional Jail- Abingdon, and remove therefrom the body of ROBERT LOUIS GRAY OSBORNE and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Abingdon, Virginia, on the 14th day of November 2019, at 10:00 a.m., or at such other time or times as the District Court may direct; and upon completion of the case, return the said ROBERT LOUIS GRAY OSBORNE to the Southwest Virginia Regional Jail- Abingdon.

                                            JULIA C. DUDLEY, CLERK

                                            BY: _____
                                                     Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this _____ day of _____, 2019.

        BY:     _____
                    United States Marshal/Deputy

RETURNED:

EXECUTED this _____ day of _____, 2019.

        BY:     _____
                    United States Marshal/Deputy

SENTENCED STATE PRISONER:      Yes: _____      No: _____