# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

### CRIMINAL MINUTES – BOND REVIEW HEARING

**Case No.: 1:19CR21 and 1:19CR47**                                    **Date: 5/19/2020**

**Defendant: Robert Osborne, Custody via Video Conference**     **Counsel: Mark Haugh, Retained via Video Conference**

PRESENT:     JUDGE:                    James P. Jones via Video Conference
TIME IN COURT: 12:57 – 1:49 p.m. (52 minutes)
             Deputy Clerk:             Felicia Clark via Video Conference
             Court Reporter:           Donna Prather, OCR via Video Conference
             U. S. Attorney:           Suzanne Kerney-Quillen via Video Conference
             USPO:                     Jeremy Keller via Video Conference
             Case Agent:               Chris Mueller via Video Conference

## **BOND HEARING**

☒   Bond review hearing held in re DE 111 and 190. Defense counsel proffered evidence to the Court. Government proffered evidence to the Court. Oral argument by counsel. Court denied DE 111 and 190.
☒   Bond denied. Defendant remained in custody.